# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134751(58)

SHERITA WHITE and DERRICK WHITE,
      Plaintiffs-Appellees,

v

TAYLOR DISTRIBUTING COMPANY, INC.,
PENSKE TRUCK LEASING COMPANY, L.P.,
and JAMES J. BIRKENHEUER,
      Defendants-Appellants.

_____

SC: 134751
COA: 272114
Oakland CC: 2005-064307-NI

On order of the Chief Justice, the motion by plaintiffs-appellees for extension of the time for filing of their brief is considered and, it appearing that the brief was filed February 12, 2008, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 13, 2008

_____
Clerk